*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, ATTANASIO, and STEWART
Appellate Military Judges

―――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Trevor N. MARTIN**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202100306**

―――――――――――

Decided: 27 April 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Michael D. Zimmerman (arraignment)
Angela J. Tang (trial)

Sentence adjudged 9 July 2021 by a general court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 15 months,[1] forfeiture of all pay and allowances, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander R. Andrew Austria, JAGC, USN*

―――――――――――

[1] Appellant was credited with having served 154 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.